STATE of Missouri, Respondent,

v.

Chad PORTER, Appellant.

No. WD 73921.

Missouri Court of Appeals,
Western District.

May 22, 2012.

Matthew Ward, Columbia, MO, for appellant.

Laura E. Elsbury, Jefferson City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Chad Porter was convicted in the Morgan County Circuit Court of driving while intoxicated ("DWI"), § 577.010, RSMo. He appeals, arguing that the evidence was insufficient to establish beyond a reasonable doubt that he drove his vehicle while intoxicated. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).